```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,          )
                                   )
                 Plaintiff,        )           8:07CV20
                                   )
          v.                       )
                                   )
2004 SILVER CHEVROLET              )           ORDER
MINIVAN, VIN                       )
1GBFG15T041229457,                 )
                                   )
                 Defendant.        )
                                   )
_____

          IT IS ORDERED:

          1.  Trial to the court is set for June 13, 2007 at 10:30
a.m. for a duration of one day before the undersigned in
Courtroom 2, United States Courthouse and Federal Building, 100
Centennial Mall North, **Lincoln**, Nebraska.

          2.  The pretrial conference order and trial briefs shall be
submitted to the undersigned one week before the trial.

          DATED this 8th day of May, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge