```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:07CV20
                               )
     v.                        )
                               )
2004 SILVER CHEVROLET          )       MEMORANDUM AND ORDER
MINIVAN, VIN                   )
1GBFG15T041229457,             )
                               )
            Defendant.         )
                               )
```

Claimant, Darrell Mooring, has filed a motion for appointment of counsel. However, the docket sheet reflects that the claimant was represented by counsel in this case, and at the commencement of trial Mr. Shapiro confirmed that he represented the claimant. There has been no motion filed by Mr. Shapiro to withdraw from representing the claimant, and therefore, Mr. Shapiro continues to represent the claimant. There is thus no need to appoint counsel for claimant.

IT THEREFORE HEREBY IS ORDERED, the motion, filing 26, is denied.

DATED this 8th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge